■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALVIN DERRICK, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Rotker, J.), rendered May 2, 1984, convicting him of attempted robbery in the second degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

Having failed to raise any objections to the adequacy of his plea allocution in the court of first instance, the defendant failed to preserve this claim for appellate review as a matter of law *(see, People v Pellegrino,* 60 NY2d 636). In any event, we find that the plea was knowingly and voluntarily entered with a full understanding of its consequences *(see, People v Harris,* 61 NY2d 9).

We have reviewed the defendant's remaining contentions and find them to be either unpreserved or without merit. Mangano, J. P., Gibbons, Brown and Kooper, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDDIE DIAZ, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Kooper, J.), rendered September 17, 1984, convicting him of manslaughter in the first degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738, *reh denied* 388 US 924; *People v Paige,* 54 AD2d 631; *cf. People v Gonzalez,* 47 NY2d 606). Mollen, P. J., Niehoff, Rubin and Kunzeman, JJ., concur.